**Dossie FAISON, Jr., Plaintiff–
Appellant,**

v.

**B. CARABALLO, Unit Manager; John
B. Taylor, Warden, Sussex State Pris-
on; D.E. Wilmouth, Unit Manager,
Sussex State Prison; John Does, Di-
rector/Assistant Deputy Director, et
al, Defendants–Appellees.**

No. 00–7577.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Dossie Faison, Jr., pro se.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Dossie Faison, Jr., appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion accepting the
magistrate judge's recommendation and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Faison v. Caraballo,* No. CA–
00–225 (E.D.Va. Oct. 17, 2000). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*AFFIRMED.*